City Fuel & Supply Co., Plaintiff-Appellee, v. Millers Mutual Insurance Association of Illinois, Defendant-Appellant.

Term No. 58–F–14. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Fourth District.

April 21, 1958.

Released for publication May 7, 1958.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Green and Hoagland (Karl K. Hoagland, and Robert E. Ryan, of counsel) for defendant-appellant; O'Neill & O'Neill (Schaefer O'Neill, and Patrick S. O'Neill, of counsel) for plaintiff-appellee. Opinion by JUDGE BARDENS. Not to be published in full.